IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SYLVA GILLESPIE,<br><br>      Plaintiff,<br><br>v.<br><br>TRINITY CONTINUING CARE<br>SERVICES,<br><br>      Defendant. | )<br>)<br>)<br>)  Civil Action No. 3:25-cv-01044<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant, Trinity Continuing Care Services ("Defendant"), hereby serves notice of removal of this state court action pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 to the United States District Court for the Northern District of Indiana.

### I.  Timeliness of Removal

1. On November 23, 2025, Plaintiff, Sylva Gillespie ("Plaintiff"), filed a civil action against Defendant in the St. Jospeh Superior Court 6, Cause No. 71D06-2510-CT-000406. Copies of the Summons and Complaint are attached at Exhibit A, as required under 28 U.S.C. § 1446(a). Also included with Exhibit A are: the appearance by Plaintiff's counsel; Notice of Civil Case Management Pathways Pilot; two summonses; and a notice of service returned. These represent all of the state court filings in this action.

2. Defendant was served by mail on November 24, 2025.

3. Accordingly, Defendant is timely filing this Notice of Removal per 28 U.S.C. § 1446(b).

## II.    Venue

4.    The St. Joseph Superior Court is located within the South Bend Division of the United States District Court for the Northern District of Indiana. 28 U.S.C. § 94(b)(1). Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## III.    Basis for Removal:  Federal Question Jurisdiction

5.    This action is properly removable under 28 U.S.C. § 1441(a), because the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6.    Plaintiff's Complaint alleges that Defendant violated Title VII of the Civil Rights Act, 42 U.S.C. § 2000e et seq. and 42 U.S.C. § 1981.

7.    By asserting claims under federal law, namely Title VII and Section 1981, Plaintiff's Complaint asserts a federal question under 28 U.S.C. §1331. Accordingly, this case is properly removable under 28 U.S.C. § 1441(a).

## IV.    Conclusion

8.    Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly give written notice of this Notice of Removal to Plaintiff and will file a copy of this Notice with the St. Joseph Superior Court 6. A copy of Defendant's notice of filing to the state court is attached hereto as Exhibit B.

2

9.      Nothing in this Notice of Removal should be construed as an admission or acknowledgment of liability or that Plaintiff is entitled to any damages.  By filing this Notice of Removal, Defendant does not waive any available defenses.

WHEREFORE, Defendant provides notice of removal to federal court and respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the St. Joseph Superior Court to the United States District Court for the Northern District of Indiana.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   */s/ John A. Drake*
      John A. Drake, Bar No. 28534-02
      300 N. Meridian Street, Suite 2700
      Indianapolis, IN  46204
      Telephone: (317) 916-1300
      Facsimile: (317) 916-9076
      *john.drake@ogletree.com*

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Myra R. Reid
> ANDERSON, AGOSTINO & KELLER, P.C.
> 131 South Taylor
> South Bend, IN 46601
> reid@aaklaw.com
>
> Attorney for Plaintiff

> */s/ John A. Drake*
> John A. Drake

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076

4